```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**JANICE KNOLLENBERG**                                                **PLAINTIFF**

    **v.**                    Civ. No. 2:05-CV-2044

**WYETH d/b/a/ WYETH, INC. d/b/a WYETH
PHARMACEUTICALS and PFIZER, INC.,**
Individually and as Successor-in-interest to
**PHARMACIA & UPJOHN COMPANY** and
**THE UPJOHN COMPANY**                                                **DEFENDANTS**

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith (Doc. 48), Defendant's Motion for Summary Judgment (Doc. 32) is hereby **GRANTED**. All parties are to bear their own costs and fees, and Plaintiffs' complaint is DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 7th day of November, 2011.


                                         */s/ Robert T. Dawson*
                                         Honorable Robert T. Dawson
                                         United States District Judge